ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| NORMAN ANTHONY BROWN,<br><br>Petitioner,<br><br>v.<br><br>FRED FIGUROA, warden,<br><br>Respondent. | Case No. EDCV 14-00466 CBM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: ~~March~~ April 3, 2014

_____
CONSUELO B. MARSHALL
SENIOR DISTRICT JUDGE